| | |
|---|---|
| Name | CHRISTINE TAYLOR |
| Street Address | 3212 LA ENTRADAD COURT |
| City and County | BAKERSFIELD |
| State and Zip Code | CA 93306 |
| Telephone Number | 6614871584 |

**FILED**

OCT 21 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE TAYLOR
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

   -against-

Kern County Sheriff's Department (KCSD)
Juan Lopez, #1639

COUNTY OF KERN

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. *1:25CV01404 KESCDB*

*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

**RECEIVED**

OCT 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CHRISTINE TAYLOR |
   | Street Address | 3212 LA ENTRADA COURT |
   | City and County | BAKERSFIELD KERN |
   | State and Zip Code | CA 93306 |
   | Telephone Number | 6614871584 |
   | E-mail Address | CHEYSTINE@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | County of Kern |
   | Job or Title (if known) | Government entity Clerk of the Board, |

2

| | |
|---|---|
| Street Address | 1115 Truxtun Avenue, 5th Floor, |
| City and County | Bakersfield, KERN |
| State and Zip Code | CA 93301 |
| Telephone Number | (661) 868-3585/ |
| E-mail Address (if known) | clerkofboard@kerncounty.com |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kern County Sheriff's Department |
| Job or Title (if known) | Government agency |
| Street Address | 1350 Norris Road, , |
| City and County | Bakersfield KERN |
| State and Zip Code | CA 93308 |
| Telephone Number | |
| E-mail Address (if known) | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Juan Lopez, badge number 1639 |
| Job or Title (if known) | Deputy Sheriff, Kern County Sheriff's Department |
| Street Address | 1350 Norris Road, , |
| City and County | Bakersfield KERN |
| State and Zip Code | CA 93308 |
| Telephone Number | |
| E-mail Address (if known) | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title | |

3

|  |  |
|---|---|
| (if known) | |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

☐ Individual capacity          ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Eighth Amendment-by subjecting me to cruel and unusual punishment during my detention.

The Fourth Amendment - by subjecting me to an arrest without probable cause;

14TH AMENDMENT- by denying me due process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1ST AMENDMENT

4TH AMENDMENT

5TH AMENDMENT 8TH AMENDMENT

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendant was occupying a fully marked Kern County Sheriff's Office (KCSO) patrol vehicle equipped with visible decals identifying himself as a KCSO Deputy Sheriff. He was wearing KCSO-approved Class D uniform, consisting of two KCSO patches on both shoulders, his name, and a badge identifying him as a Sheriff's Deputy.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

3212 LA ENTRADA COURT BAKERSFIELD CA 93306

B. What date and approximate time did the events giving rise to your claim(s) occur?

On January 9, 2025, at approximately 1:16 PM, and Jan 10, 2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On January 9, 2025, Deputy Juan Lopez (Badge #1639), acting under color of law for the Kern County Sheriff's Department, arrested Plaintiff at her residence, 3212 La Entrada Court, Bakersfield.The arrest was based on an allegation of felony vandalism under Penal Code § 594(b)(1).Plaintiff owns the property that was alleged to have been vandalized, and no credible evidence supported any criminal wrongdoing.Plaintiff was detained from January 9, 2025, at approximately 13:16 until release on January 10, 2025, at 00:49.No criminal charges were filed against Plaintiff, confirming the arrest was baseless.Plaintiff's arrest and detention without probable cause violated her Fourth Amendment right to be free from unreasonable searches and seizures.The Defendants' actions caused Plaintiff emotional distress, loss of liberty, damage to reputation, and other injuries.

5

Count 1: False Arrest and Unlawful Detention (42 U.S.C. § 1983)Plaintiff realleges paragraphs 1 through 14 as if fully set forth herein.Defendants, acting under color of state law, arrested and detained Plaintiff without probable cause.Defendants' actions violated Plaintiff's constitutional rights under the Fourth and Fourteenth Amendments.Plaintiff suffered damages as a direct and proximate result.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the wrongful arrest and detention, I sustained injuries to my back and wrists. Despite my requests, the detention deputies denied me medical treatment for these injuries while I was in custody.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

While I was unlawfully detained and confined, my home was left unlocked. During that time, someone burglarized my residence and stole my bank card, as well as technical devices and equipment.

reimburse me for spending 14 hours in jail $1500.00
reimburse me for my stolen bank card spending over $3,000.00
reimburse me for stolen technical devices and equipment valued at over $2,000.00.

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __8/8__, 20_25_.

Signature of Plaintiff   *Christine H. Taylor*

Printed Name of Plaintiff   **CHRISTINE TAYLOR**

# EXHIBIT "1"

```
KERN COUNTY SHERIFFS OFFICE         - NOTICE TO APPEAR

01/10/25   00:49 AM  FRIDAY

ORG: SO   BOOKING NO: 2388869 00
NAME: TAYLOR, CHRISTINE
RESIDENCE ADDRESS: 3212 LA ENTRADA CT
                   BAKERSFIELD, CA 93306

DRIVERS LICENSE NO.: Y4088848   ST: CA   DOB: 04/07/70
SEX: F   HAIR: BLK   EYES: BRO   HEIGHT: 5'02"   WEIGHT: 145

OFFENSE:

PC  594(B)(1)           F VANDALISM $400 OR MORE
```

INMATE COPY

```
ARREST LOCATION                  DATE/TIME: 01/09/25 13:16
   3212 LA ENTRADA CT -BAKERSFIELD
ARRESTING OFFICER: LOPEZ         BADGE: 1639       DEPT: SO
AGENCY CASE #: 2500003688
```

YOU ARE BEING RELEASED ON YOUR PROMISE TO APPEAR ON 01/24/25 AT 08:00 AM
IN SUPERIOR COURT, METROPOLITAN DIVISION           DEP/DIV: IC
   1415 TRUXTUN AV, BAKERSFIELD, CA 93301          661-610-6000

RELEASING OFFICER (SIGNATURE AND BADGE NO.)

_____ BAKERSFIELD , CA

WITHOUT ADMITTING GUILT, I PROMISE:

1. TO APPEAR AT ALL TIMES/PLACES AS ORDERED BY ANY COURT OR MAGISTRATE WHERE THE CHARGE IS PENDING.
2. TO OBEY ALL REASONABLE CONDITIONS IMPOSED BY THE COURT OR MAGISTRATE.
3. TO NOT LEAVE CALIFORNIA WITHOUT PERMISSION FROM THE COURT.
4. TO WAIVE EXTRADITION IF I FAIL TO APPEAR AS REQUIRED AND AM APPREHENDED OUTSIDE CALIFORNIA.
5. THAT I HAVE BEEN INFORMED OF AND UNDERSTAND THE CONSEQUENCES AND PENALTIES FOR VIOLATING THE CONDITIONS OF MY RELEASE, INCLUDING A PENALTY OF UP TO 3 YEARS IN PRISON OR JAIL FOR A FELONY CONVICTION AND A FINE UP TO $5,000 OR UP TO 6 MONTHS IN JAIL AND A FINE UP TO $1,000 FOR A MISDEMEANOR CONVICTION FOR VIOLATING PC1320 (FAIL TO APPEAR) AND/OR PC 853.7 (VIOLATE PROMISE TO APPEAR).

   SIGNATURE

   X_____

# KERN COUNTY - ARIETIS

## Declaration

| | | | |
|---|---|---|---|
| Arietis Dec #: | Agency Case #: | Type: | Status: |
| 394282 | 2025-00003688 | Adult PC Dec | Submitted To Judge 1/9/2025 1:36 PM |

Officer:
**Juan Lopez**

Entered Date/Time:
**1/9/2025 1:29 PM**

Kern County Sheriff

## Officer Signature

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on **1/9/2025 1:36 PM** at Kern County, CA by **Juan Lopez**.

## Magistrate Signature

*[not signed by magistrate]*

## Subject

| Subject Name: | Birth Date: | Birth Place: | Birth State: |
|---|---|---|---|
| CHRISTINE TAYLOR | 4/7/1970 | UNKNOWN | --- |

| Gender: | Race: | Height: | Weight: | Hair Color: | Eye Color: |
|---|---|---|---|---|---|
| Female | White | 502 | 145 | Black | Brown |

| SSN: | DL Number: | DL State: | DL Exp Date: |
|---|---|---|---|
| -- | Y4088848 | CA | -- |

Address:
**3212 LA ENTRADA COURT
BAKERSFIELD, CA 93306**

Home Phone: --
Work Phone: --
Mobile Phone: --

## Arrest

| Offense Date/Time: | Offense Location: | Arrest Type: | Arrest Date/Time: | Court Division: |
|---|---|---|---|---|
| 1/9/2025 1:16 PM | County | Open | 1/9/2025 1:16 PM | Superior Court-Metro Division |

Location of Arrest:
**3212 LA ENTRADA COURT
Bakersfield, CA 93306**

In Traffic Accident: --
Physical Force Used: --
Carotid Hold Placed: --

Vehicle: --

## Narrative

The victim reported CHRISTINE TAYLOR damaged the garage door attached to his room, causing $999 in damages.

## Offenses

| Code Section | Description | Severity | Count |
|---|---|---|---|
| PC 594(A)(1) | VANDALISM:DEFACE PROPERTY | Felony | 1 |

## Properties

Property Tag

# EXHIBIT "2"

TARA LEAL
Court Executive Officer

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF KERN

September 2, 2025

SUPERIOR COURT
METROPOLITAN DIVISION
FELONY CRIMINAL DIVISION
1415 Truxtun Avenue
Bakersfield, CA 93301

Telephone (661) 610-6100
FAX (661) 688-7404
WMCriminal1@kern.courts.ca.gov

Criminal case search for:
**Name: TAYLOR, CHRISTINE**
AKA(s):
Date of Birth: 4/7/1970

Arrest date: 1/9/2025
Booking: # SO2388869 00
Charge(s) at booking:
PC594(B)(1)(F)

With the following result found:

☐ A check of the court records for the person shown above indicates that as of *today's* date (September 2, 2025), for the arrest date and booking number shown, no criminal court case has been filed. This **does not** preclude the filing of a criminal court case at a later date and pertains only to the arrest and booking number shown above.

☐ No felony criminal case(s) found within Bakersfield for years searched 1880 through present.

☒ No felony criminal case(s) found in the County of Kern for years searched 1989 through present.

☐ Criminal case(s) found and listed below:

| Filed Date | Case # | Filed Date | Case # |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please Note: For surrounding areas outside of Bakersfield and years prior to 1989, you must contact the Kern County Superior Court regional court branch having jurisdiction at that time. This criminal case search does not include a search of/for any juvenile case. For a juvenile case search, please contact the Juvenile Justice Center.

**I HEREBY CERTIFY THE FOREGOING FINDINGS IS A TRUE AND CORRECT RECORD BASED ON THE INFORMATION PROVIDED.**

ATTEST: September 2, 2025

TARA LEAL, CLERK OF THE COURT
BY _____
G.L.

Page 1 of 1

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

#### First Amendment

10. (Against Defendants: Deputy Lopez and Deputy Hernandez of the Kern County Sheriff Department

11. The foregoing allegations are realleged and incorporated herein.

12. Defendants Lopez and Hernandez unlawfully retaliated against Mrs. Taylors for exercising her First Amendment right to report illegal activities which includes reporting crimes or unsafe conditions in her home. to both the Kern County Sheriff's Office and the District Attorney's Office Mrs. Taylor's First Amendment rights to petition the government for assistance or to address grievances, fall under her First Amendment rights.

13. Defendants Lopez and Hernandez unlawfully retaliated against Mrs. Taylors for exercising her First Amendment right to speak. her concerns (via phone, email, and online reports) are protected under the First Amendment, ensuring that she can express her concerns and seek help without fear of retaliation or censorship.

14. Defendants Lopez and Hernandez unreasonably prolonged and intensified Mrs. Taylor's detention, arrested her, and caused her to be jailed to retaliate against her for verbally expressing disagreement with them about their interpretations of the law and facts,

:

COMPLAINT

## SECOND CLAIM FOR RELIEF

### Fourth Amendment

### (Protection Against Unreasonable Searches and Seizures)

15. (Against Defendants: Deputy Lopez and Deputy Hernandez of the Kern County Sheriff Department

16. The foregoing allegations are realleged and incorporated herein

17. Defendants Lopez and Hernandez subjected Mrs. Taylor to unreasonable unlawful search and seizure of her property following her attempts to report the criminal activity, a violation of her Fourth Amendment rights. Arrest forced her out of her home, making the arrest an unconstitutional search or seizure without a warrant or probable cause.

## THIRD CLAIM FOR RELIEF

### False Arrest / False Imprisonment / Violation of Cal. Const. Art I, section 13 (California Tort Claims Act, Cal. Gov't Code §§ 815.2, 820) (Cal. Const. Art. I, section 13) (Against All Defendants)

18. (Against Defendants: Deputy Lopez and Deputy Hernandez of the Kern County Sheriff Department

19. The foregoing allegations are realleged and incorporated herein

20. Defendants Lopez and Hernandez inflicted personal injury on Mrs. Taylor by subjecting her to false arrest and imprisonment and unreasonable seizure

21. Defendants Lopez and Hernandez arrested Mrs. Taylor for violating California (Penal Code §594(b)(1) due to a misunderstanding or misapplication of the law.

22. Defendants Lopez and Hernandez deprived Mrs. Taylor of her freedom by subjecting her to an unreasonable detention, and by arresting her without a warrant and without reasonable or probable cause. Defendant youngblood directed, approved, and authorized Defendants Lopez and Hernandez actions causing Mrs. Taylors false arrest and imprisonment and unreasonable seizure.

COMPLAINT

### Fourteenth Amendment

### (Due Process and Equal Protection)

23. (Against Defendants: Deputy Lopez and Deputy Hernandez of the Kern County Sheriff Department

24. The foregoing allegations are realleged and incorporated herein The Fourteenth Amendment guarantees due process and equal protection under the law. Mrs. Taylor attempted to report criminal activities (such as drug-related offenses, harassment, or threats) and were ignored or mistreated by the authorities, which constitute a violation of due process.

25. The unequal treatment in response to Mrs. Taylors reports, such as failure to investigate her complaints or unequal enforcement of laws, is a violation of the equal protection clause of the Fourteenth Amendment.

### FOURTH CLAIM FOR RELIEF

### Bane Act (Cal Civ. Code § 52.1)

### (California Tort Claims Act, Cal. Gov't Code §§ 815.2, 820)

### (Against All Defendants)

1. (Against Defendants: Deputy Lopez and Deputy Hernandez of the Kern County Sheriff Department

2. The foregoing allegations are realleged and incorporated herein

3. Defendants Lopez and Hernandez interfered with Mrs. Taylors exercise and enjoyment of her rights under the United States and California Constitutions.

4. Defendants intentionally interfered with Mrs. Taylors rights under the Fourth Amendment and Article I, Sections 10 and 13 of the California Constitution to be free from unreasonably invasive or prolonged investigatory detention in the absence of reasonable cause.

5. Defendants interfered Mrs. Taylors right to be free from unlawful coercion in one's residence is supported by the California state constitution (and California Civil Code).

6. Defendants forced Mrs. Taylor out of her home without due process or legal authority, violate both state and federal protections against unlawful eviction or forced displacement.

COMPLAINT

7. Defendants arrested Mrs. Taylors, forcefully confiscated her cell phone, and failed to return the phone to her upon her release from jail to prevent her from exercising that right and to retaliate against her for exercising that right.

8. Defendants intentionally interfered with Mrs. Taylor's right under the Fourth Amendment and Article I, Section 13 of the California Constitution to be free from warrantless arrest without probable cause. The wrongful arrest on January 9, 2025, was made publicly, and without justification, which harmed both Mrs Taylors personal and professional reputation. Although the case was declined by the District Attorney, the damage to her reputation continues.

9. Plaintiff CHRISTINE TAYLOR was unlawfully prevented from exercising her right to free speech on at least four occasions during the arrest, intake, and booking process. Ms. Taylor's consistent protests that she was innocent further incited DEFENDANTS LOPEZ, to take action in retaliate in a manner intended to chill her speech and interfere with her civil rights through intimidation and coercion

10. The deputies transported Mrs. Taylor to the Kern County Central Receiving Facility, where she was jailed overnight for approximately 14 hours before she was released.

11. Mr. Taylor was given a Notice to Appear, which charged her with vandalism (Penal Code §594(b)(1)). In the end, however, no criminal charges were filed in court against her.

12. Mrs. Taylor phone was not returned to her upon her release. Instead, she was told to file a report As a result, she lost the use of her phone indefinitely.

13. Defendants thus harmed Mrs. Taylor: they violated and chilled her exercise and enjoyment of core constitutional rights; humiliated her; deprived her of the use of property she used to exercise her First Amendment rights; and caused the loss of her liberty, stealing from her valuable time she could have spent with her family.

COMPLAINT

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

| | |
|---|---|
| Name | CHRISTINE TAYLOR |
| Street Address | 3212 LA ENTRADA COURT |
| City and County | BAKERSFIELD KERN |
| State and Zip Code | CA 93306 |
| Telephone Number | 6614871584 |
| E-mail Address | CHEYSTINE@GMAIL.COM |



0012497642000011
Office of the Clerk
2500 Tulare St., Suite 1501
Fresno CA 93721
USA

12497642.1.1-23